v.

**HOUSTON FIRE AND CASUALTY INSURANCE COMPANY, et al.**

No. 52474.

May 25, 1972.

■■■■■■■■■■

■■■■■■

■

262 So.2d 44

Mrs. Judith **FONTANILLE**, wife of/and Cleveland **Fontanille**

v.

**WINN–DIXIE LOUISIANA, INC.**

No. 52481.

May 25, 1972.

■■■■■■■■■■

On the facts found by the Court of Appeal the result is correct.